AO 10*
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Thorne, Deborah L. | 2. Court or Organization<br><br>Bankruptcy Court for the Northern District of Illinois | 3. Date of Report<br><br>12/15/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☑ Initial  ☐ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/15/2015 |

**7. Chambers or Office Address**

219 South Dearborn Street
Room 668
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner (terminated 10/21/2015) | Barnes & Thornburg LLP |
| 2. | Board Member and Co-Chair of Governance Committee | Women Employed |
| 3. | Vice President for Communication and Information Technology | American Bankruptcy Institute |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/2014 | Barnes & Thornburg LLP Profit Sharing Plan and Trust |
| 2. | 1/1/2014 | Barnes & Thornburg Partnership Agreement |
| 3. | 1/1/2014 | BT Building Company, LLP |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 12/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Barnes & Thornburg LLP- Ordinary Business Income | $715,845.00 |
| 2. 2014 | Barnes & Thornburg LLP- Ordinary Business Income | $543,355.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | State of Illinois - Wages |
| 2. 2014 | Cook County - Wages |
| 3. 2014 | Self-Employed - attorney |
| 4. 2013 | Self-Employed - attorney |
| 5. 2013 | State of Illinois - Wages |
| 6. 2013 | Cook County - Wages |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 12/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Signature Bank | Mortgage on Investment Property 1533-37 W. Chicago Ave LLC | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 12/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Israel Bonds | A | Interest | J | T | Exempt | | | | |
| 2. 1533-37 S. Chicago Avenue LLC, Cook County, Illinois | A | Rent | J | U | Exempt | | | | |
| 3. BT Building Co, LLP, Indianapolis, Indiana | A | Rent | J | U | Exempt | | | | |
| 4. Focused Retail Prop LLC (Jerry Esrig interest) | D | Distribution | K | V | Exempt | | | | |
| 5. Robert J. Zaideman, Employees' Profit Sharing & Savings Plan & Trust | A | None | P1 | T | Exempt | | | | |
| 6. Barnes & Thornburg LLP Capital Account for Deborah Thorne | A | None | L | U | Exempt | | | | |
| 7. Barnes & Thornburg LLP Profit Sharing Plan and Trust | | | | | | | | | |
| 8. -Harbor Capital Appreciation | E | Int./Div. | N | T | Exempt | | | | |
| 9. -Vanguard Inst. Index Fund | D | Int./Div. | N | T | Exempt | | | | |
| 10. -Keybank EB Magic 20 Fund | A | Int./Div. | M | T | Exempt | | | | |
| 11. -Vanguard Extended Mkt Index I | B | Int./Div. | N | T | Exempt | | | | |
| 12. Barnes & Thornburg Cash Balance Plan | A | None | L | T | Exempt | | | | |
| 13. Morgan Stanley/IRA Rollover -- DLT 2 | | | | | | | | | |
| 14. -American WA Mutual F2 | A | Int./Div. | K | T | Exempt | | | | |
| 15. -Davis New York Venture Y | A | None | K | T | Exempt | | | | |
| 16. -Delaware INTL Value Equity Inst. | A | None | J | T | Exempt | | | | |
| 17. -Harding Loevnier Emerg. Mkts | A | None | K | T | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 12/15/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Janus Venture I | A | None | J | T | Exempt | | | | |
| 19. -PIMCO Total Return P | A | None | J | T | Exempt | | | | |
| 20. -Royce Micro Cap Inv. | A | None | J | T | Exempt | | | | |
| 21. -T Rowe Price Intl Bond | A | Int./Div. | J | T | Exempt | | | | |
| 22. -Touchstone Sands Cap Sel Gr | A | None | L | T | Exempt | | | | |
| 23. -Western Asset Core BD I | A | None | J | T | Exempt | | | | |
| 24. -William Blair Intl Growth I | A | Int./Div. | J | T | Exempt | | | | |
| 25. -Unit Morgan Stanley GIS Uncommon Values 2015 | B | Int./Div. | L | T | Exempt | | | | |
| 26. Morgan Stanley/IRA Rollover DLT 3 | | | | | | | | | |
| 27. -Allergan PLC PFD Conv. Sers A (AGN.A) | A | Int./Div. | J | T | Exempt | | | | |
| 28. -Bank Amer 7.2500 Sers L | A | Int./Div. | J | T | Exempt | | | | |
| 29. -Schulman A Inc Cum Spec Conv | A | Int./Div. | J | T | Exempt | | | | |
| 30. -Wells-Fargo 7.5 Non-Cum CL A | A | Int./Div. | J | T | Exempt | | | | |
| 31. -United Technologies Corp | A | Distribution | | | Exempt | | | | |
| 32. -Air Lease Corp. | A | Int./Div. | J | T | Exempt | | | | |
| 33. -American Tower Corp. New PFD Cv Ser A (AMT.A) | A | Int./Div. | J | T | Exempt | | | | |
| 34. -Ares Cap Corp | A | Int./Div. | J | T | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 12/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Atlas Air Worldwide Hldg | A | Int./Div. | J | T | Exempt | | | | |
| 36. -Biomarin Pharmaceutical | A | Int./Div. | J | T | Exempt | | | | |
| 37. -Bottomline Technologies/EPAY | A | Int./Div. | J | T | Exempt | | | | |
| 38. -Cadence Design Sys Inc. | A | Distribution | | | Exempt | | | | |
| 39. -Chart Industries Inc. | A | Int./Div. | J | T | Exempt | | | | |
| 40. -Chesapeake Energy Corp. | A | Distribution | | | Exempt | | | | |
| 41. -Ciena Corp | A | Int./Div. | J | T | Exempt | | | | |
| 42. -Danaher Corp | A | Int./Div. | J | T | Exempt | | | | |
| 43. -Depomed Inc. | A | Int./Div. | J | T | Exempt | | | | |
| 44. -Fiat Chrysler Automobiles NV Mandatory Convertible (FCAM) | A | Int./Div. | J | T | Exempt | | | | |
| 45. -Fluidigm Corp | A | Distribution | | | Exempt | | | | |
| 46. -Helix Energy Solutiobus Group | A | Int./Div. | J | T | Exempt | | | | |
| 47. -Hologic Inc | A | Int./Div. | J | T | Exempt | | | | |
| 48. -Hornbeck Offshore Services Inc. | A | Distribution | | | Exempt | | | | |
| 49. -Illumina Inc. | A | Int./Div. | J | T | Exempt | | | | |
| 50. -Intel Corp (matures 2035) | A | Int./Div. | J | T | Exempt | | | | |
| 51. -Intel Corp (matures 2039) | A | Int./Div. | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 12/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Jarden Corp | A | Int./Div. | J | T | Exempt | | | | |
| 53. -LAM Research Corporation | A | Int./Div. | J | T | Exempt | | | | |
| 54. -Liberty Media Corp Delaware | A | Int./Div. | J | T | Exempt | | | | |
| 55. -MacQuarie Infrastructure | A | Int./Div. | J | T | Exempt | | | | |
| 56. -Medidata Solutions | A | Int./Div. | J | T | Exempt | | | | |
| 57. -Microchip Technology Inc. | A | Int./Div. | J | T | Exempt | | | | |
| 58. -Molina Healthcare Inc. | A | Int./Div. | J | T | Exempt | | | | |
| 59. -NewPark Resources Inc. | A | Int./Div. | J | T | Exempt | | | | |
| 60. -Novellus Systems Inc. | A | Distribution | | | | | | | |
| 61. -Nuance Communications Inc. | A | Int./Div. | J | T | Exempt | | | | |
| 62. -Omnicare inc. | B | Distribution | | | | | | | |
| 63. -On Semiconductor | A | Int./Div. | J | T | Exempt | | | | |
| 64. -Post Hldings Inc. Equity Unit | A | Int./Div. | J | T | Exempt | | | | |
| 65. -Priceline.Com Incorporated | A | Int./Div. | J | T | Exempt | | | | |
| 66. -Red Hat Inc. | A | Int./Div. | J | T | Exempt | | | | |
| 67. -RPM International Inc. | A | Int./Div. | J | T | Exempt | | | | |
| 68. -RTI International Metals Inc. | A | Distribution | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 12/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Salesforce.com Inc. | A | Int./Div. | J | T | Exempt | | | | |
| 70. -Salix Pharmaceuticals Ltd. | B | Distribution | | | Exempt | | | | |
| 71. -Sandisk Corp | A | Int./Div. | J | T | Exempt | | | | |
| 72. -Schulman A Inc. Cum Spec Conv. (SLMNP) | A | Int./Div. | J | T | Exempt | | | | |
| 73. -Spansion LLC | A | Distribution | | | Exempt | | | | |
| 74. -Solarcity Corp | A | Distribution | | | Exempt | | | | |
| 75. -Sourthwestern Energy Co. Dep | A | Int./Div. | J | T | Exempt | | | | |
| 76. -Stanley Black & Decker Inc. Corp Unite 2013 (SWH) | A | Int./Div. | J | T | Exempt | | | | |
| 77. -Stone Energy Corporation | A | Int./Div. | J | T | Exempt | | | | |
| 78. -Teleflex Inc. | A | Int./Div. | J | T | Exempt | | | | |
| 79. -Teva Pharmaceutical Finance LLC | A | Int./Div. | J | T | Exempt | | | | |
| 80. -Tyson Foods Inc. | A | Int./Div. | J | T | Exempt | | | | |
| 81. -US Steel Corp | A | Distribution | | | Exempt | | | | |
| 82. -UTD Tech | A | Distribution | | | Exempt | | | | |
| 83. -Verint Systems Inc. | A | Int./Div. | J | T | Exempt | | | | |
| 84. -Wabash national Corp | A | Int./Div. | J | T | Exempt | | | | |
| 85. -Wesco International Inc. | A | Distribution | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 12/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -XILINX Inc. | A | Int./Div. | J | T | Exempt | | | | |
| 87. -XPO Logistics Inc. | A | Int./Div. | J | T | Exempt | | | | |
| 88. -Continental Airlines Inc. | B | Distribution | | | Exempt | | | | |
| 89. -MGM Resorts International | A | Distribution | | | Exempt | | | | |
| 90. -TTM Technologies Inc. | A | Distribution | | | Exempt | | | | |
| 91. Morgan Stanley IRA Rollover DLT 4 | | | | | | | | | |
| 92. -Blackrock Global Allocation I | A | Int./Div. | K | T | Exempt | | | | |
| 93. -Calamos Global Growth & Inc. I | A | Int./Div. | K | T | Exempt | | | | |
| 94. Morgan Stanley IRA Standard JAE 2 | | | | | | | | | |
| 95. -AB Large-CAP Growth ADV | D | Dividend | K | T | Exempt | | | | |
| 96. -Aberdeen U.S. Equity Inst. Srv (GXXIX) | A | Int./Div. | K | T | Exempt | | | | |
| 97. -RBC Enterprise I | A | Dividend | J | T | Exempt | | | | |
| 98. -American Fundamental Inv. F2 | A | Int./Div. | J | T | Exempt | | | | |
| 99. -Davis New York Venture Y | A | Int./Div. | J | T | Exempt | | | | |
| 100. -Janus Venture I | B | Dividend | J | T | Exempt | | | | |
| 101. -Lazard Emerging Mkts Eq. I | A | Int./Div. | J | T | Exempt | | | | |
| 102. -Loomis Sayles Sm Cap. Val. Inst | A | Int./Div. | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$100,001 - $250,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 12/15/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -PIMCO Foreign Bd (unhedged) | A | Int./Div. | J | T | Exempt | | | | |
| 104. -PIMCO Total Return | A | Int./Div. | J | T | Exempt | | | | |
| 105. -Royce Premier | A | Int./Div. | J | T | Exempt | | | | |
| 106. -William Blair Intl Growth I (BIGIX) | A | Int./Div. | J | T | Exempt | | | | |
| 107. Northwestern Mutual Extra Ordinary Life | A | None | M | T | Exempt | | | | |
| 108. Northwestern Mutual Extra Ordinary Life | A | None | M | T | Exempt | | | | |
| 109. Northwestern Ord Life- Former EOL | A | None | M | T | Exempt | | | | |
| 110. Northwestern Whole Life--(Deborah) | A | None | M | T | Exempt | | | | |
| 111. Signature Bank | A | None | L | U | Exempt | | | | |
| 112. Millennium Trust Company, LLC FBO Deborah Thorne IRA | D | Distribution | K | V | Exempt | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All Morgan Stanley information is as of 11/30/2015

Deborah Thorne Barnes & Thornburg LLP Capital Account is valued as of 10/30/2015

Part VII, Line 4 and Line 112 values are as of 12/31/2014 from the 2014 K-1

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Deborah L. Thorne**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544